UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL ABAD,<br><br>             Plaintiff,<br>      v.<br><br>LEGAL RECOVERY LAW OFFICES, *et al.*,<br><br>             Defendants.<br>_____/ | No. C 11-00531 MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a case management conference on May 19, 2011. However, as the parties have not filed a joint case management statement, the Court VACATES the May 19 c.m.c. and ORDERS the parties to file a status report by May 26, 2011.

**IT IS SO ORDERED.**

Dated: May 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge