AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Michael Abad
            Plaintiff (s),
V.
Legal Recovery Law Offices and Mark D. Walsh
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-cv-00531-MEJ

Notice is hereby given that, subject to approval by the court, __Mark D. Walsh, an individual__ (Party (s) Name) substitutes __David Kaminksi, Esq.__ (Name of New Attorney), State Bar No. __128509__ as counsel of record in place of __Andrew Paul Rundquist, Esq. of Legal Recovery Law Offices, Inc.__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:
- Firm Name: Carlson & Messer LLP
- Address: 5959 W. Century Blvd., Suite 1214
- Telephone: (310) 242-2200    Facsimile: (310) 242-2222
- E-Mail (Optional): Kaminskd@cmtlaw.com

I consent to the above substitution.
Date: 6/21/11
(Signature of Party (s))

I consent to being substituted.
Date: 6/21/11
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/20/11
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 22, 2011

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]