AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Michael Abad

Plaintiff(s),

V.

Legal Recovery Law Offices and Mark D. Walsh

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-cv-00531-MEJ

Notice is hereby given that, subject to approval by the court, __Legal Recovery Law Offices, Inc.__ substitutes
(Party (s) Name)

__David Kaminksi, Esq.__, State Bar No. __128509__ as counsel of record in
(Name of New Attorney)

place of __Andrew Paul Rundquist, Esq. of Legal Recovery Law Offices, Inc.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Carlson & Messer LLP
Address:          5959 W. Century Blvd., Suite 1214
Telephone:        (310) 242-2200        Facsimile  (310) 242-2222
E-Mail (Optional): Kaminskd@cmtlaw.com

I consent to the above substitution.
Date: 6/21/11

_(Signature of Party (s))_ — President

I consent to being substituted.
Date: 6/21/11

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 6/20/2011

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: June 22, 2011

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]