1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  Robert D. Berglund (SBN 234081)
   berglunr@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   Tel. (310) 242-2200
5  (Fax 310) 242-2222
   Attorneys for Defendants,
6  LEGAL RECOVERY LAW OFFICES, INC.; MARK D. WALSH
7
   IRVING L. BERG (SBN 36273)
8  Irvberg@comcast.net
   THE BERG LAW GROUP
9  145 Towne Center, PMB 493
   Corte Madera, CA 94925
10 (415) 924-0742 Telephone
   (415) 891-8208 Facsimile
11 Attorneys for Plaintiff,
   MICHAEL ABAD
12

[Stamp: GRANTED / Judge Maria-Elena James / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ABAD, individually and on behalf of all others similarly situated, | CASE NO. 3:11-cv-00531-MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |
| v. | |
| LEGAL RECOVERY LAW OFFICES; MARK D. WALSH, an individual, | |
| Defendants. | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

---

1

06767.00/176547                **NOTICE OF SETTLEMENT**

1  **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to
2  settle the lawsuit in its entirety.  The parties anticipate that they will complete the settlement, and
3  that the parties will file a Stipulation Re: Dismissal of the claims by Plaintiff, with prejudice, and
4  dismiss without prejudice, the class action claims asserted in the lawsuit, within 45 days from the
5  date of this Notice.  The parties request that the Court take off calendar all future calendared dates.

7  DATED: August 5, 2011                    **THE BERG LAW GROUP**

9                                            By: /s/ Irving L. Berg
                                              Irving L. Berg
10                                            Attorneys for Plaintiff,
                                              MICHAEL ABAD

12 DATED: August 5, 2011                    **CARLSON & MESSER LLP**
13

15                                            By: /s/ David J. Kaminski
                                              David J. Kaminski
                                              Robert D. Berglund
16                                            Attorneys for Defendants,
                                              LEGAL RECOVERY LAW OFFICES, INC.;
17                                            MARK D. WALSH

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06767.00/176547                              **NOTICE OF SETTLEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2011, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Irving L. Berg   Irvberg@comcast.net

/s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendants,
LEGAL RECOVERY LAW OFFICES, INC.;
MARK D. WALSH