1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MICHAEL ABAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEGAL RECOVERY LAW OFFICES; MARK D. WALSH, an individual,<br><br>Defendants. | CASE NO. 3:11-cv-00531-MEJ<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF PLAINTIFF'S CLAIMS, WITH PREJUDICE, AND DISMISSAL OF CLASS ACTION CLAIMS, WITHOUT PREJUDICE |

The Court has reviewed the Stipulation of Defendants LEGAL RECOVERY LAW OFFICES and MARK D. WALSH ("Defendants"), by and through their respective counsel of record, David J. Kaminski of Carlson & Messer LLP, and by Plaintiff MICHAEL ABAD ("Plaintiff"), by and through his respective counsel of record, Irving L. Berg of The Berg Law Group, to dismiss the above-entitled action in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /
/ / /
/ / /
/ / /
/ / /

1

1.      That the above-entitled lawsuit is hereby dismissed, pursuant to FRCP 41(a)(1). Plaintiff's individual claims against Defendants are dismissed, with prejudice. The class action claims asserted in the lawsuit are dismissed, without prejudice. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: August 31, 2011
_____



06836.00/177230          [PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL